May 26, 2026

Clerk of Court
United States District Court
Middle District of Florida
Orlando Division
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801

**Re:** Request for Authorization to File Documents Electronically Case No. 6:24-cr-224-CEM-RMN United States v. Willie E. Dennis

Dear Clerk of Court:

I, Willie E. Dennis, am the pro se defendant in the above-captioned matter. I respectfully request authorization to file documents electronically through the Court's CM/ECF system in connection with the pending supervised release violation proceedings currently scheduled for hearing on May 29, 2026.

Electronic filing would allow me to submit time-sensitive filings more efficiently given the urgency of the upcoming hearing and my status as a pro se litigant. I am also the sole primary caregiver for my 91-year-old father, who suffers from Alzheimer's disease and dementia. In-person filing at the Orlando courthouse requires me to arrange alternative care for my father and travel a significant distance, which presents a serious hardship. To file today's emergency motion in person, I was required to find someone to care for my father in order to make the trip to Orlando. Electronic filing would eliminate this hardship and allow me to meet court deadlines without compromising my father's care.

I respectfully request that the Court grant this authorization and provide any instructions or login credentials necessary to access the CM/ECF system as a pro se filer. I can be reached at the contact information provided below.

Respectfully submitted,

/s/ Willie E. Dennis
Willie E. Dennis
Pro Se Defendant
Sanford, Florida
woc2020@gmail.com