UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF
AMERICA,

    Plaintiff,

    vs.

WILLIE DENNIS,

    Defendant.

Case No.
6:24-cr-224-CEM-RMN

## ORDER

Pursuant to 28 U.S.C. § 445(a) and in the interest of justice, I hereby disclose that I have a close, long-standing personal relationship with a senior executive of Microsoft Corporation. Although I do not believe I am required to recuse from this matter, I am disclosing this relationship pursuant to Canon 3D of the Code of Conduct for United States Judges. I will not participate in this proceeding unless the parties and their lawyers confer and agree, either in writing or on the record at the noticed hearing, that I should not be disqualified.

**SO ORDERED** in Orlando, Florida, on May 28, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record