UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:24-cr-224-CEM-RMN

WILLIE DENNIS

_____

AUSA: Courtney Richardson-Jones

Defense Attorney: Brian Phillips, Criminal Justice Act

| Judge: | ROBERT M. NORWAY<br>United States Magistrate Judge | Date and Time: | May 29, 2026<br>10:18 A.M.-10:24 A.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 6 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Julio Dominguez |

## CLERK'S MINUTES
### Status Conference

Case called, appearances made, procedural setting by the Court.
The Court is recused from the case.
Court adjourned.