**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                        **CASE NO: 6:24-cr-224-CEM-LHP**

**WILLIE DENNIS**

AUSA: Courtney Richardson-Jones

Attorney: Brian Phillips, Criminal Justice Act (Not Appointed)

| Judge: | **LESLIE HOFFMAN PRICE** United States Magistrate Judge | Date and Time: | **May 29, 2026** 11:08 A.M.-11:15 A.M. |
|---|---|---|---|
| Courtroom: | 4C | Total Time: | 7 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital https://www.flmd.uscourts.gov/ webforms/digital-recording- transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Julio Dominguez |

**CLERK'S MINUTES**
**Status Conference**

Case called, appearances made, procedural setting by the Court.
The Defendant requests time to retain counsel.
The Initial Appearance to be reset by separate notice.
Court adjourned.