UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:24-cr-224-CEM-LHP**

**WILLIE DENNIS**

---

# ORDER

Pursuant to the Court's August 26, 2026 Order (Doc. No. 55) and the discussion with counsel at the hearing held that same day (Doc. No. 53), it is **ORDERED** as follows:

1. As previously noted, *see* Doc. No. 55, the Court finds that there is reasonable cause to believe that Defendant Willie Dennis may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a).

2. Pursuant to the parties' Joint Notice (Doc. No. 56), Dr. Alejandro Arias, Psy. D., is appointed to examine Defendant Willie Dennis and to render an opinion regarding the Defendant's competency to proceed with his violation of supervised release proceedings. *See* 18 U.S.C. §§ 4241(b) and 4247(b). The United States shall pay for Dr. Arias' services, including his fees and costs related to conducting the

examination, preparing the report, appearing in court for an evidentiary hearing, and any necessary related travel. *See* Guide to Judiciary Policy, Vol. 7, Part A, Ch. 3, § 320.20.60. Dr. Arias shall prepare a report with the information required by 18 U.S.C. § 4247(c) and provide a copy of the report to the Court and counsel for the parties. The report may be filed under seal without further court order. The report must be submitted within **thirty (30) days** from the date of this Order, unless this deadline is extended by the Court before that date. **The deadline will not be extended absent a showing of exigent circumstances.**

3. Within **seven (7) days** from the date that the report is submitted to the Court, the parties shall file an appropriate notice or motion stating whether a competency hearing, or some other related proceedings, should be scheduled.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant
Willie Dennis: c/o counsel